JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CHRISTOPHER YU,<br><br>Petitioner,<br><br>vs.<br><br>MATTHEW CATE,<br><br>Respondent. | Case No. CV 09-4866-CAS (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 7, 2010

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE